### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRISTOW ENDEAVOR HEALTHCARE,** )<br>**LLC d/b/a Bristow Medical Center and** )<br>**d/b/a Center for Orthopaedic Reconstruction** )<br>**and Excellence,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**BLUE CROSS AND BLUE SHIELD** )<br>**ASSOCIATION, et al.,** )<br>)<br>**Defendants.** ) | Case No. 16-CV-0057-CVE-PJC |

### ORDER

Before the Court are the motions for admission *pro hac vice* (Dkt. ## 31, 32, 33) and erratas thereto (Dkt. ## 45, 46, 47). For good cause shown, the Court finds that the motions should be and are hereby **granted.**

**IT IS THEREFORE ORDERED** that Martin J. Bishop, William J. Sheridan, and Deborah H. Dermody are admitted *pro hac vice* for the limited purpose of representing defendants, Blue Cross and Blue Shield Association and Healthcare Service Corporation, in the above-captioned matter.

**Counsel are directed to become familiar with the Local Rules of this District. Counsel shall note the pleading format of this Order and use same on future pleadings and proposed orders.**

**DATED** this 2nd day of March, 2016.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE